**UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**CHRISTOPHER GILSON**                                                      **CIVIL ACTION**

**versus**                                                                              **NO. 07-556**

**RICHARD L. STALDER**                                                      **SECTION: "J" (3)**

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Objection thereto filed by petitioner, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal petition of **Christopher Gilson** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 5th day of October, 2007.

**UNITED STATES DISTRICT JUDGE**