

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER GILSON                              CIVIL ACTION

VERSUS                                          NO. 07-556.

RICHARD L STALDER                               SECTION "J" (3)

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☑ a certificate of appealability shall not be issued for the following reason(s):
Petitioner has not made a "substantial showing of the denial of a constitutional right. Petitioner has not shown that reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. See order and judgment dated November 5, 2007.

Date: November 19, 2007

UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
X_ Dktd ___
_/_ CtRmDep ___
___ Doc. No ___